LAW OFFICES OF GEORGE D. OLIVER
George D. Oliver, Esq. SB#146321
42 Hickory Road
Fairfax, CA 94930
(415) 272-4048
go@goliverlaw.com

Attorney for Defendant CORKY DILLON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DISTRICT

| | |
|---|---|
| ALYSSA LYNN CASAROTTI, an individual, | ) **Case No: 3:26-cv-5014** |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT (Civil L.R. 6-1(a))** |
| vs. | ) |
| | ) Complaint Filed: May 28, 2026 |
| KEITH MORETTI, an individual; CORKY DILLON, an individual; and DOES 1-10 inclusive, | ) Trial Date: None Set |
| | ) Honorable Judge Araceli Martinez-Olguin |
| Defendants. | ) |
| | ) |

Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court, Northern

District of California, CORKY DILLON ("Defendant") on the one hand, and Plaintiff ALYSSA

LYNN CASAROTTI, on the other hand, JOINTLY STIPULATE TO EXTEND

DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Case 3:26-cv-5014)

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT (Civil L.R. 6-1(a))**

Filed 05/28/26. Plaintiff and Defendants collectively referred to as the "Parties") by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, Defendant Corky Dillon was served with the Summons and Complaint in this matter on or about May 29, 2026, and his response to the Complaint must be filed and served on or before June 19, 2026.

**WHEREAS,** Defendant Corky Dillon obtained counsel George D. Oliver Esq. as his attorney of record on June 15, 2026, not providing the requisite seven days time to "meet and confer" regarding and his response to the complaint is due on or before June 19, 2026 he cannot meet the seven days required to "meet and confer" regarding potential defects in the Complaint making it subject to a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

**WHEREAS**, in the interest of justice the Plaintiff needs additional time evaluate the potential defects in the Complaint and time to "meet and confer" regarding potential defects and the potential needed amendments in the hopes of avoiding burdening the Court with unnecessary motion practice;

**WHEREAS**, to allow the Parties additional time to complete their "meet and confer" efforts in good faith, the Parties have agreed to extend the deadline for Defendants to respond to the Complaint by 30 days to July 21, 2026.

**WHEREAS**, there have been no prior requests for extensions by any party in this matter;

**WHEREAS,** Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

**WHEREAS**, Plaintiffs and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order;

//

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT (Civil L.R. 6-1(a))**

//

//

**NOW THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:**

1. Defendants shall have until on or before July 21, 2026, to file a response to the Complaint; and;

2. Should Plaintiff file a First Amended Complaint on or before July 21, 2026. Defendant's response to the amended pleading will be due per Federal Rule of Civil Procedure 15.

**IT IS SO STIPULATED**.

Dated: June 15, 2026                    LAW OFFICE OF GEORGE D. OLIVER


                                        By: /s/ George D. Oliver
                                            GEORGE D. OLIVER
                                            Attorney for Defendant
                                            CORKY DILLON


Dated: June____, 2026                   BRAUNHAGEY & BORDEN LLP


                                        By: /s/ Matthew Borden, Esq.
                                            MATTHEW BORDEN
                                            Attorneys for Plaintiff
                                            ALLYSA LYNN CASAROTTI


## Attestation of Concurrence

I, George D. Oliver, as the ECF user and filer of this document, pursuant to Civil L.R. 5.1, attest that all signatories listed above, and on whose behalf this stipulation is submitted, have concurred in and authorized the filing of this stipulation.

Dated: June 15, 2026

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT (Civil L.R. 6-1(a))**

By: /s/ George D. Oliver
GEORGE D. OLIVER

**[PROPOSED] ORDER**

The Court, having read and considered Plaintiff's and Defendants' Stipulation to Extend Time to File Response to Complaint, and good cause having been shown, hereby ORDERS as follows:

1.  Defendant shall have until on or before July 21, 2026, to file a response to the Complaint; and

2.  Should Plaintiff file a First Amended Complaint on or before July 21, 2026, Defendants' response to the amended pleading will be due per Federal Rule of Civil Procedure 15.

**IT IS SO ORDERED**.

Dated:_____                  _____

                    Honorable District Judge Araceli Martinez-Olguin

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT (Civil L.R. 6-1(a))**